RICHARD J. TROBERMAN, P.S.
Attorney at Law
California State Bar No. 51721
1501 Fourth Avenue, Suite 2150
Seattle, WA 98101-3225
Telephone: (206) 343-1111
Facsimile: (206) 340-1936

Attorney for Defendant
Kyle Deryk Legere

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KYLE DERYK LEGERE, ) <br> ) <br> Defendant. ) <br> _____ ) | CR10-183 JAM <br><br> **ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |

THIS MATTER having came before the Court on Defendant KYLE DERYK LEGERE's unopposed Request to Seal Documents, and the Court having reviewed the pleadings, records and files herein, and being fully advised in the premises, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant KYLE DERYK LEGERE's Request to Seal Documents is GRANTED, and that Defendant's Sentencing Memorandum shall be filed under seal.

DONE this 9th day of July, 2012.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that on July ___, 2012, I electronically served on all other counsel of record n this case the foregoing "[PROPOSED] ORDER GRANTING REQUEST TO SEAL DOCUMENTS."

_____
RICHARD J. TROBERMAN

**ORDER GRANTING DEFENDANT'S**
**REQUEST TO SEAL DOCUMENTS;**
**CR10-183 JAM - 2**